IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**CHRISTINE PARE**

Plaintiff,

Case No.: 3:21-cv-00125-GMG

v.

**HOUFF TRANSFER, INC.** and
**KENNETH POWELL**

Defendants.

## DISMISSAL ORDER

This day came the parties, by counsel, and represented to the Court that the matters in controversy herein have been agreed upon, compromised and settled, and upon their motion, it is

ORDERED that this action be DISMISSED, AGREED AND WITH PREJUDICE, and it be stricken from the docket.

ENTERED:   07 / 26 / 2022

_____
Judge

I ask for this:

/s/   Matthew A. Nace
Matthew A. Nace (WVB No. 13072)
Paulson & Nace, PLLC
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
Telephone: (202) 463-1999
Facsimile: (202) 223-6824
Email: man@paulsonandnace.com
*Counsel for Christine Pare*

I ask for this:

By: /s/ *Curtis G. Power, III*
        Of Counsel

Curtis G. Power, III (WVB No. 2962)
Kay Casto & Chaney
400 Foxcroft Avenue, Suite 100
Martinsburg, WV 25401
Telephone: 304-901-7500
Facsimile: (304) 901-4911
Email: cpower@kaycasto.com

C. Stephen Setliff (admitted *pro hac vice*)
Eli Jason S. Mackey (admitted *pro hac vice*)
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
Telephone: (804) 377-1260
*Counsel for Houff Transfer Inc. and Kenneth Powell*